No. 95–928. ATHERTON ET AL. *v.* FEDERAL DEPOSIT INSUR-
ANCE CORPORATION, AS RECEIVER FOR CITY SAVINGS, F. S. B.
C. A. 3d Cir. Certiorari dismissed as to Marshall M. Criser, Al-
fred J. Hedden, and Gilbert G. Roessner under this Court's Rule
46.

MARCH 25, 1996

No. 95–7254. SMITH *v.* UNITED STATES. C. A. 4th Cir. Mo-
tion of petitioner for leave to proceed *in forma pauperis* granted.
Certiorari granted, judgment vacated, and case remanded for fur-
ther consideration in light of *Bailey* v. *United States,* 516 U. S.
137 (1995).

No. A–447 (95–1498). HILL *v.* DEPARTMENT OF THE AIR
FORCE ET AL. C. A. 10th Cir. Application for stay, addressed
to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1626. IN RE DISBARMENT OF SOKOLOW. Disbarment
entered. [For earlier order herein, see 516 U. S. 1038.]

No. D–1629. IN RE DISBARMENT OF CLAPP. Disbarment en-
tered. [For earlier order herein, see 516 U. S. 1039.]

No. D–1632. IN RE DISBARMENT OF MURACA. Disbarment
entered. [For earlier order herein, see 516 U. S. 1090.]

No. D–1633. IN RE DISBARMENT OF CONNICK. Disbarment
entered. [For earlier order herein, see 516 U. S. 1090.]

No. D–1636. IN RE DISBARMENT OF TINSLEY. Disbarment
entered. [For earlier order herein, see 516 U. S. 1090.]